```
MANATT, PHELPS & PHILLIPS, LLP
MARK S. LEE (Bar No. CA 094103)
JOY T. TEITEL (BaR No. CA 211718)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-mail: mlee@manatt.com
E-mail: Jteitel@manatt.com

Attorneys for Plaintiff
Fleischer Studios, Inc.
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FLEISCHER STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> A.V.E.L.A., INC. d/b/a ART & VINTAGE ENTERTAINMENT LICENSING AGENCY, ART-NOSTALGIA.COM, INC., and X ONE X MOVIE ARCHIVE, INC., BEVERLY HILLS TEDDY BEAR CO., LEO VALENCIA, and DOES 1-10, <br><br> Defendants. | Case No. CV 06-6229 FMC (MANx) <br><br> **JOINT MOTION TO CONTINUE PRE-TRIAL AND TRIAL DATES ; (~~PROPOSED~~) ORDER** <br><br><br> Date: <br> Time: <br> Place: Courtroom of The Honorable Florence Marie Cooper |

      Plaintiff Fleischer Studios, Inc. and defendants A.V.E.L.A., Inc., et al. herein (jointly, the "Parties"), through their respective counsel, stipulate to the following facts and jointly move for an order continuing certain pre-trial and trial dates as set forth below.

I.    **STIPULATED FACTS**

    A.    Plaintiff herein has filed suit alleging copyright infringement, trademark infringement and other claims against defendants. Defendants have filed

answers that, generally, deny liability and assert various affirmative defenses.

B.  This Court entered an Order for Jury Trial herein on or about February 12, 2007. At that time, this Court ordered that the discovery cut-off was September 13, 2007, that all parties be joined, pleadings amended, and motions heard on or before November 5, 2007, that the pre-trial conference herein take place on December 17, 2007, and the trial take place on January 15, 2008.

C.  Defendants herein were previously represented by a single firm, which expressed a desire to withdraw in April 2007, and filed an ex-parte application to withdraw in May 2007.

D.  This Court granted previous counsel leave to withdraw on or about July 23, 2007. At the hearing, this Court advised plaintiff's counsel that it would consider continuing the present pre-trial and trial deadlines. It instructed plaintiff's counsel to coordinate new, agreed upon pre-trial and trial dates with defense counsel once new counsel appeared.

E.  New counsel has now appeared for the defendants in this action. Counsel for the Parties have conferred and agreed upon new pre-trial and trial deadlines as set forth below.

F.  The Parties agree that, in the interests of justice, the present pre-trial and trial dates should be continued to the dates set forth below, or such other dates as are convenient to the Court's calendar.

## II. MOTION

Counsel for all parties therefore move the Court for an order vacating the present pre-trial and trial dates, and setting new pre-trial and trial deadlines as follows:

1. Proposed new discovery cut-off date: February 15, 2008.
2. Proposed new cut-off date for joining parties or amending pleadings - March 17, 2008.
3. Proposed new cut-off date for hearing motions: April 21, 2008.

4. Proposed new pre-trial conference date: May 19, 2008. @ 9:30 a.m.

5. Proposed new trial date: ~~June 16, 2008~~.

Alternatively, the Parties ask the Court to set such other pre-trial and trial dates as are convenient to the court's calendar that will give the parties an equivalent period of time to complete discovery and prepare for trial.

Dated: August 23, 2007          MANATT, PHELPS & PHILLIPS, LLP

                                By: /s/ Mark S. Lee
                                    Mark S. Lee
                                    Attorneys for Plaintiff
                                    Fleischer Studios, Inc.

Dated: August___, 2007          RILEY & REINER

                                By: _____
                                    Douglas D. Winter
                                    Attorneys for Defendants
                                    A.V.E.L.A., Inc., d/b/a/ Art Vintage
                                    Entertainment Licensing Agency, Art-
                                    Nostalgia.Com, Inc., X One X Movie
                                    Archive, Inc. and Leo Valencia

Dated: August___, 2007          KYLE & ASSOCIATES

                                By: _____
                                    Harold K. Kyle
                                    Attorneys for Defendant
                                    Beverly Hills Teddy Bear Co.

(PROPOSED) ORDER

GOOD CAUSE APPEARING, it is so ordered. — Trial: 6/17/08 @ 9:00 a.m.

Dated: 8/27/07                  /s/ Florence Marie Cooper
                                United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3
41146741 1

JOINT SCHEDULING CONFERENCE
REPORT

4. Proposed new pre-trial conference date: May 19, 2008.

5. Proposed new trial date: June 16, 2008.

Alternatively, the Parties ask the Court to set such other pre-trial and trial dates as are convenient to the court's calendar that will give the parties an equivalent period of time to complete discovery and prepare for trial.

Dated: August ___, 2007          MANATT, PHELPS & PHILLIPS, LLP


By: _____
    Mark S. Lee
    Attorneys for Plaintiff
    Fleischer Studios, Inc.

Dated: August ___, 2007          RILEY & REINER


By: _____
    Douglas D. Winter
    Attorneys for Defendants
    A.V.E.L.A., Inc., d/b/a/ Art Vintage
    Entertainment Licensing Agency, Art-
    Nostalgia.Com, Inc., X One X Movie
    Archive, Inc. and Leo Valencia

Dated: August 15, 2007           KYLE & ASSOCIATES


By: _____
    Harold K. Kyle
    Attorneys for Defendant
    Beverly Hills Teddy Bear Co.

(PROPOSED) ORDER


GOOD CAUSE APPEARING, it is so ordered.


Dated: _____            _____
                                 United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3 A
41146741.1

JOINT SCHEDULING CONFERENCE
REPORT

4. Proposed new pre-trial conference date: May 19, 2008.

5. Proposed new trial date: June 16, 2008.

Alternatively, the Parties ask the Court to set such other pre-trial and trial dates as are convenient to the court's calendar that will give the parties an equivalent period of time to complete discovery and prepare for trial.

Dated: August 23, 2007                MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Mark S. Lee
Mark S. Lee
Attorneys for Plaintiff
Fleischer Studios, Inc.

Dated: August 23, 2007                RILEY & REINER

By: /s/
Douglas D. Winter
Attorneys for Defendants
A.V.E.L.A., Inc., d/b/a/ Art Vintage Entertainment Licensing Agency, Art-Nostalgia.Com, Inc., X One X Movie Archive, Inc. and Leo Valencia

Dated: August___, 2007                KYLE & ASSOCIATES

By: _____
Harold K. Kyle
Attorneys for Defendant
Beverly Hills Teddy Bear Co.

(PROPOSED) ORDER

GOOD CAUSE APPEARING, it is so ordered.

Dated: _____                    _____
United States District Judge

## PROOF OF SERVICE BY E-MAIL AND REGULAR MAIL

I, Victoria M. Tejeda, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On August 24, 2007, I served a copy of the within document(s): **JOINT MOTION TO CONTINUE PRE-TRIAL AND TRIAL DATES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by transmitting via email (PDF) the document(s) listed above to the email addresses set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 24, 2007, at Los Angeles, California.

*/s/ Victoria M. Tejeda*
Victoria M. Tejeda

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41060192 1

SERVICE LIST
Fleischer Studios, Inc. vs. A.V.E.L.A. et al.
USDC Case No. CV 06-6229 FMC (MANx)

| | |
|---|---|
| Douglas D. Winter, Esq.<br>Riley & Reiner<br>633 W. Fifth St., 70th Fl.<br>Los Angeles, CA 90071<br>Telephone: (213) 362-0123<br>Facsimile: (213) 362-0124 | Defendants A.V E.L.A., Inc. d/b/a/ Art & Vintage Entertainment Licensing Agency and Artnostalgia.com, Inc., and X One X Movie Archive, Inc., Leo Valencia |
| Harold K. Kyle, Esq.<br>Kyle & Associates<br>1583 Spinnaker Drive, Suite 209<br>Ventura, CA 93001<br>(805) 477-0050<br>(805) 477-0060 Fax<br>Hal@HKyleLaw.com | Defendant Beverly Hills Teddy Bear Company |

41150122 1