JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEISCHER STUDIOS, INC., | Case No. 2:06-cv-06229-FMC-MANx |
| Plaintiff, | JUDGMENT |
| vs. | |
| A.V.E.L.A., INC. d/b/a ART & VINTAGE ENTERTAINMENT LICENSING AGENCY, ART-NOSTALGIA.COM, INC., and X ONE X MOVIE ARCHIVE, INC., BEVERLY HILLS TEDDY BEAR CO., LEO VALENCIA, and DOES 1-10 | |
| Defendants. | |

The Court, having entered its December 16, 2008 Order Denying the Motion for Summary Judgment and a Permanent Injunction filed by Plaintiff Fleischer Studios, Inc. ("Fleischer") and Granting the Motion for Summary Judgment filed by Defendants A.V.E.L.A., Inc., Art-Nostalgia.com, Inc., X One X Movie Archive, Inc. and Leo Valencia ("AVELA Defendants") with respect to Fleischer's copyright infringement claim (Claim 1), and having entered its June 29, 2009 Order Denying Fleischer's Motion for Summary Judgment and a Permanent Injunction and Granting AVELA Defendants' Motion for Summary Judgment with

1  respect to Fleischer's remaining claims for trademark infringement and related unfair
2  competition claims (Claims 2 through 5), and good cause appearing therefor, now enters
3  judgment in favor of the AVELA Defendants and against Fleischer as follows:
4      JUDGMENT is hereby granted in favor of Defendants A.V.E.L.A., Inc., Art-
5  Nostalgia.com, Inc., X One X Movie Archive, Inc. and Leo Valencia and against Plaintiff
6  Fleischer Studios, Inc. Plaintiff Fleischer Studios, Inc. shall take nothing, the action is dismissed
7  on the merits, and Defendants A.V.E.L.A., Inc., Art-Nostalgia.com, Inc., X One X Movie
8  Archive, Inc. and Leo Valencia shall recover their costs of the action in the sum of $ _____ .

10  DATED: Aug. 10, 2009.

                              FLORENCE MARIE-COOPER, JUDGE
                              UNITED STATES DISTRICT COURT