JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEISCHER STUDIOS, INC., <br><br> Plaintiff <br> vs. <br><br> A.V.E.L.A., INC. d/b/a ART & VINTAGE ENTERTAINMENT LICENSING AGENCY, ART-NOSTALGIA.COM, INC., and X ONE X MOVIE ARCHIVE, INC., and LEO VALENCIA, <br><br> Defendants. | Case No.:  2:2006-cv-06229 ABC (MANx) <br><br><br> [~~PROPOSED~~] JUDGMENT |

The Court, having entered its November 14, 2012 Order denying the Motion for Summary Judgment filed by Plaintiff Fleischer Studios, Inc. (FSI) and granting the Motion for Summary Judgment filed by Defendants A.V.E.L.A., Inc., Art-Nostalgia.com, Inc., X One X Movie Archive, Inc. and Leo Valencia (Defendants) with respect to FSI's trademark infringement claim, and for good cause appearing therefor, now enters judgment in favor of the Defendants and against FSI as follows:

JUDGMENT is hereby granted in favor of Defendants A.V.E.L.A., Inc., Art-Nostalgia.com, Inc., X One X Movie Archive, Inc., and Leo Valencia and against Plaintiff Fleischer Studios, Inc. Plaintiff Fleischer Studios, Inc. shall take nothing, the action is dismissed on the merits, and Defendants A.V.E.L.A., Inc., Art-Nostalgia.com, Inc., X One X Movie Archive, Inc. and Leo Valencia shall recover their costs of the action ~~in the sum of $_____~~.

DATED: 11/20/2012

*[signature: Audrey B. Collins]*

AUDREY B. COLLINS, JUDGE
UNITED STATES DISTRICT COURT