MELISSA W. WOO (SBN 192056)
2647 Gateway Road, Suite105-550
Carlsbad, California 92009
Telephone:  877-787-4855
Facsimile:  877-787-6855
E-Mail: melissaw@counselatlaws.com

DAVID A. GERBER, (SBN 76509)
**D. GERBER LAW OFFICES**
2741 South Victoria Avenue, Suite D
Oxnard, CA 93035
Telephone: 805-382-8760
E-Mail: dgerberlaw@verizon.net

Attorneys for Defendants
A.V.E.L.A., INC. D/B/A ART & VINTAGE
ENTERTAINMENT LICENSING AGENCY,
ART-NOSTALGIA.COM, INC., X ONE X MOVIE
ARCHIVE, INC., and LEO VALENCIA.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEISCHER STUDIOS, INC.,<br><br>                    Plaintiff<br><br>        vs.<br><br>A.V.E.L.A., INC. d/b/a ART &<br>VINTAGE ENTERTAINMENT<br>LICENSING AGENCY, ART-<br>NOSTALGIA.COM, INC., and X<br>ONE X MOVIE ARCHIVE, INC.,<br>and LEO VALENCIA,<br><br>                    Defendants. | Case No.:  2:2006-cv-06229 ABC (MANx)<br><br>**STIPULATION REGARDING<br>ATTORNEY'S FEES ON PLAINTIFF'S<br>TRADEMARK AND RELATED STATE<br>LAW CLAIMS** |

This Stipulation is entered into by and among Plaintiff Fleischer Studios, Inc. ("Plaintiff") and Defendants A.V.E.L.A., Inc. d/b/a Art & Vintage Entertainment Licensing Agency, Art-Nostalgia.com, Inc., X One X Productions, Inc., and Leo Valencia (collectively, "Defendants")(and collectively, with Plaintiff, hereafter referred to as the "Parties"), through their respective counsel of record, with reference to the following:

WHEREAS, Plaintiff filed a complaint against the Defendants for copyright and trademark infringement, false designation of origin, state law trademark infringement and unfair competition, and deceptive trade practices on September 29, 2006, captioned *Fleischer Studios, Inc. v. A.V.E.L.A., Inc.*, et al., Case No. CV 06-06229-ABC (MANx) in the Central District of California (the "District Court").

WHEREAS, on December 16, 2008, the District Court granted summary judgment to the Defendants as to Plaintiff's copyright claims;

WHEREAS, on June 29, 2009, the District Court granted summary judgment to the Defendants as to Plaintiff's trademark and related state-law claims;

WHEREAS, Plaintiff appealed the District Court's summary judgment rulings to the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit");

WHEREAS, on August 19, 2011, the Ninth Circuit issued an opinion affirming the District Court's dismissal of Plaintiff's copyright claims and Plaintiff's trademark claims with respect to the Betty Boop image, and vacated and remanded for further proceedings the District Court's dismissal of Plaintiff's trademark and related state law claims regarding the Betty Boop word mark;

WHEREAS, on January 17, 2012, the Parties stipulated to the resolution in its entirety of all of the attorney's fees Defendants incurred as to Plaintiff's copyright claims before the District Court and the Ninth Circuit;

1    WHEREAS, on January 24, 2012, the District Court entered an order
2    approving of the Parties' stipulation and fixing the attorney's fees Defendants were
3    entitled to in its entirety for Plaintiff's copyright claims to $192,454.00.

4    WHEREAS, on November 14, 2012, the District Court granted summary
5    judgment to the Defendants as to Plaintiff's trademark and related state-law claims;

6    The Parties desire to settle and compromise the single remaining issue of the
7    amount of Defendants' recoverable attorney's fees incurred before the Ninth
8    Circuit and the District Court with respect to the trademark and related state-law
9    claims.

### STIPULATION

10   NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the
11   Parties to this action through their undersigned counsel that, upon approval of the
12   Court:

13   1.    Plaintiff shall pay Defendants the sum of $125,000.00 in attorney's
14   fees, which payment shall satisfy in its entirety Plaintiff's obligation to the
15   Defendants for attorney's fees with respect to the trademark and related state-law
16   claims litigated in the District Court and the Ninth Circuit.

**ARENT FOX LLP**

Dated:  December 21, 2012        By /s/ Stephen G. Larson
                                STEPHEN G. LARSON
                                Attorneys for
                                Plaintiff FLEISCHER STUDIOS, INC.

1

2

3    Dated:  December 21, 2012          By /s/ Melissa W. Woo

4                                          MELISSA W. WOO
                                           Attorney for
5                                          Defendants A.V.E.L.A., INC., X ONE X
                                           PRODUCTIONS, INC., and LEO
6                                          VALENCIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                                                              4

27

28